UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN ISAAC PENA-ARGUMEDO,<br><br>Petitioner(s),<br>v.<br><br>WARDEN, et al.,<br><br>Respondent(s). | CASE NO. C26-4437-KKE<br><br>ORDER RE-NOTING MOTION FOR TEMPORARY RESTRAINING ORDER |

On November 16, 2026, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 along with an emergency motion for temporary restraining order ("TRO"). Dkt. Nos. 1, 3. Petitioner noted this motion for November 30, 2026. Dkt. No. 3.

Petitioner's TRO motion first requests temporary protection against removal from the United States or transfer outside this district while his habeas petition is pending. Dkt. Nos. 3 at 1–2. The Court subsequently issued a scheduling order, requiring (among other things) that the Government provide notice to Petitioner and any counsel of any intent to transfer Petitioner from this judicial district or remove him from the United States while the petition is pending. Dkt. No. 4. The Court's scheduling order provides adequate protection against imminent harm in the form of transfer or removal of Petitioner while his petition is pending. Accordingly, the Court denies this part of Petitioner's TRO motion as moot.

Petitioner's TRO motion also requests, however, an expedited briefing schedule on his petition. Petitioner requests that the Government be ordered to file its return within five calendar days, and that Petitioner's traverse be due three days thereafter. Dkt. No. 3 at 2.

Because this portion of Petitioner's TRO motion must be resolved on an expedited basis, rather than according to the noting date, the Court RE-NOTES the TRO motion (Dkt. No. 3) for November 18, 2026. Any opposition to Petitioner's request for an expedited briefing schedule must be filed by November 18, 2026, and no replies will be considered.

Dated this 17th day of November, 2026.

Kymberly K. Evanson
United States District Judge