UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN ISAAC PENA-ARGUMEDO,<br><br>Petitioner(s),<br>v.<br><br>WARDEN, et al.,<br><br>Respondent(s). | CASE NO. C26-4437-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE |

As explained in the Court's prior order (Dkt. No. 5), the currently pending portion of Petitioner's motion for temporary restraining order requests an expedited briefing schedule on his petition for writ of habeas corpus. Dkt. No. 3. Petitioner requests that the Government be ordered to file its return within five calendar days, and that Petitioner's traverse be due three days thereafter. *Id.* at 2. The Court previously instructed (Dkt. No. 5) that any opposition to Petitioner's request for an expedited briefing schedule must be filed by November 18, 2026, and no such opposition was filed.

Accordingly, the Court GRANTS Petitioner's unopposed request for an expedited briefing schedule in this matter. Dkt. No. 3. Given the upcoming Court closures for the Thanksgiving holiday, the Government is ORDERED to file its return no later than November 23, 2026, and Petitioner's traverse must be filed no later than November 30, 2026.

Dated this 19th day of November, 2026.

Kymberly K. Evanson
United States District Judge